UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE B. RICHARDS,

                Plaintiff,                    Case No. 1:12-cv-1027

v.                                        HON. JANET T. NEFF

FEDERAL BUREAU OF
INVESTIGATION, et al.,

                Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed January 3, 2013 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 31) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (Dkt 27) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated:  January 28, 2013                /s/Janet T. Neff
                                         JANET T. NEFF
                                         United States District Judge