UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE B. RICHARDS,

    Plaintiff,                                 Case No. 1:12-cv-1027

v.                                                    HON. JANET T. NEFF

FEDERAL BUREAU OF
INVESTIGATION, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Defendants Unknown Ferguson, Unknown Wise and Unknown Bennickson filed a Motion for Summary Judgment (Dkt 46).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 1, 2013, recommending that Defendants' motion be granted and this matter be terminated.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 56) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Ferguson, Wise and Bennickson's Motion for Summary Judgment (Dkt 46) is GRANTED and this matter is TERMINATED for the reasons stated in the Report and Recommendation.


Dated:  August 26, 2013                          /s/Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge